# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GILBERT P. THOMPSON, LEIGH THOMPSON, JOY E. THOMPSON, GERALD W. THOMPSON, JOHN G. THOMPSON, BERNADETTE T. THOMPSON, AND STEVEN E. THOMPSON,

        Petitioners

        v.

CHARLES R. THOMPSON, MAUREEN D. THOMPSON, JAMES L. THOMPSON, MARY JO E. THOMPSON, STEPHEN E. THOMPSON, BERNADETTE T. THOMPSON, JOHN G. THOMPSON, DEBRA B. THOMPSON, AND GERALD W. THOMPSON,

        Respondents

:  No. 107 MM 2021

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

    Justice Brobson did not participate in the consideration or decision of this matter.